UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIREZA KARIMI,<br><br>                Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>                Respondents. | Case No.: 25-cv-03116-JO-BJW<br><br>**ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS** |

For the reasons stated on the record, the Court GRANTS the petition for writ of habeas corpus. [Dkt. 1]  The Court ORDERS as follows:

1. Within 24 hours of the date of this order, Respondents SHALL release petitioner from custody, subject to "appropriate conditions" of supervision to be determined by immigration authorities.  8 C.F.R. § 241.13(h).

2. Respondents SHALL NOT re-detain Petitioner unless and until the government can prove that circumstances have changed such that Petitioner's removal to a safe third country has become reasonably foreseeable.

3. In aid of the Court's jurisdiction to enforce its injunctions under the All Writs Act, 28 U.S.C. § 1651, Respondents SHALL file advance notice on this docket if they seek to re-detain Petitioner, explaining the grounds on which Respondents believe Petitioner should be re-detained. *United States v. New York Tel. Co.*, 434 U.S. 159, 172 (1977) (recognizing that the Act empowers federal courts to impose affirmative obligations on parties or third parties where "necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained"). Once that notice has been docketed, Petitioner SHALL NOT be detained for a period of at least 48 hours from the time of that docketing.

**IT IS SO ORDERED**.

Dated: November 21, 2025

_____
Honorable Jinsook Ohta
United States District Judge